# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   DONNA M. MEISINGER                               Case Number: 08-71591
         2915 VICTORIA AVENUE            SSN-xxx-xx-5234
         MCHENRY, IL  60050

Case filed on:   5/22/2008
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:   $0.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY SCOTT A BENTLEY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | GE MONEY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | DONNA M. MEISINGER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCIAL SERVICES | 29,995.42 | 29,995.42 | 0.00 | 0.00 |
| 002 | AMERICAN GENERAL | 8,800.00 | 8,800.00 | 0.00 | 0.00 |
| 003 | HFC | 42,792.70 | 42,792.70 | 0.00 | 0.00 |
|  | Total Secured | 81,588.12 | 81,588.12 | 0.00 | 0.00 |
| 002 | AMERICAN GENERAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ROUNDUP FUNDING LLC | 1,527.49 | 152.75 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 2,008.66 | 200.87 | 0.00 | 0.00 |
| 006 | LVNV FUNDING LLC | 844.15 | 84.41 | 0.00 | 0.00 |
| 007 | DIRECT MERCHANTS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | HOUSEHOLD CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | WORLD FINANCIAL NETWORK NATIONAL BANK | 31.27 | 3.13 | 0.00 | 0.00 |
| 010 | LVNV FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | RNB/TARGET | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | LVNV FUNDING LLC | 1,295.05 | 129.50 | 0.00 | 0.00 |
| 013 | WORLD FINANCIAL NETWORK NATIONAL BANK | 306.53 | 30.65 | 0.00 | 0.00 |
| 014 | WORLD FINANCIAL NETWORK NATIONAL BANK | 770.51 | 77.05 | 0.00 | 0.00 |
| 016 | WORLD FINANCIAL NETWORK NATIONAL BANK | 552.54 | 55.25 | 0.00 | 0.00 |
| 017 | WORLD FINANCIAL NETWORK NATIONAL BANK | 631.34 | 63.13 | 0.00 | 0.00 |
| 018 | RJM ACQUISITIONS FUNDING LLC | 89.96 | 9.00 | 0.00 | 0.00 |
| 019 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,614.73 | 161.47 | 0.00 | 0.00 |
| 020 | JEFFERSON CAPITAL SYSTEMS, LLC | 928.65 | 92.86 | 0.00 | 0.00 |
| 021 | JEFFERSON CAPITAL SYSTEMS, LLC | 990.37 | 99.04 | 0.00 | 0.00 |
| 022 | LVNV FUNDING LLC | 2,541.92 | 254.19 | 0.00 | 0.00 |
| 023 | LVNV FUNDING LLC | 554.83 | 55.48 | 0.00 | 0.00 |
| 024 | CAVALRY PORTFOLIO SERVICES LLC | 986.20 | 98.62 | 0.00 | 0.00 |
|  | Total Unsecured | 15,674.20 | 1,567.40 | 0.00 | 0.00 |
|  | Grand Total: | 97,262.32 | 83,155.52 | 0.00 | 0.00 |

Total Paid Claimant:     $0.00
Trustee Allowance:       $0.00           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   0.00           discharging the trustee and the trustee's surety from any and all
                                         liablility on account of the within proceedings, and closing the estate,
                                         and for such other relief as is just.  Pursuant to FRBP, I hereby
                                         certify that the subject case has been fully administered.

Report Dated:

                                                 /s/ Lydia S. Meyer
                                                 Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on  11/24/2008          By  /s/Heather M. Fagan